UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NELSON ALLEMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>            Defendant. | CIVIL ACTION FILE<br><br>NO. 2:10-CV-142-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the Parties' Settlement Agreement and Stipulation of Dismissal, and the Court having approved the Settlement and the Stipulation of Dismissal, it is

**Ordered and Adjudged** that the Plaintiffs' claims, in their entirety, are **dismissed with prejudice**, and the action hereby, is **dismissed.**

Dated at Gainesville, Georgia, this 5th day of May, 2011.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                            By:  s/Stacey R. Kemp
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 5, 2011
James N. Hatten
Clerk of Court

By:   s/Stacey R. Kemp
       Deputy Clerk